**FILED**
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>            Plaintiff,              )<br> v.                                            )<br>                                                     )<br> MARCOS MIGUEL RODRIGUEZ- )<br> VILLANUEVA,                       )<br>                                                     )<br>            Defendant.             ) | Case No. 3:13-MJ-00002-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARCOS MIGUEL RODRIGUEZ-VILLANUEVA, Case No. 3:13-MJ-00002-CMK, Charge Title 21 §§ 841(a)(1); 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 25,000 (co-signed)

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court. Defendant to be released at 9:00 am to Pretrial Services.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   January 15, 2013   at   3:00   pm.

By   _Dale A. Drozd_ (signature)

Dale A. Drozd
United States Magistrate Judge